DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRYL HOPE,**
Appellant,

v.

**TRUIST BANK,**
Appellee.

No. 4D2025-0632

[November 6, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey Cawthon, Judge; L.T. Case No. COSO24-057594.

Darryl Hope, Sunrise, pro se.

Robert J. Lindeman, of Marcadis Singer, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***